# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148237

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                            SC: 148237
                                            COA: 300581

JONATHON SMITH,
       Defendant-Appellant.
                                            Wayne CC: 10-001380-FH

_____/

       On order of the Court, the application for leave to appeal the October 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



t0324

                                         Clerk